1  RICHARD M. WILLIAMS (SBN 68032)
   GREGORY M. GENTILE (SBN 142424)
2  J. MARK THACKER (SBN 157182)
   ROPERS, MAJESKI, KOHN & BENTLEY
3  80 North First Street
   San Jose, CA 95113
4  Telephone:   (408) 287-6262
   Facsimile:   (408) 918-4501
5
   Attorneys for Defendant
6  GLOBAL EQUITY LENDING, INC.

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 | DOLORES A. ARREGUIN, for herself         CASE NO. C 07 6026 MHP
   | and other members of the general public
12 | similarly situated,                      [PROPOSED] ORDER RE: MOTION FOR
   |                                          LEAVE TO FILE A MOTION TO DISMISS
13 |           Plaintiff,
   |                                          [CIVIL LOCAL RULE 7-11; JUDGE
14 | v.                                       PATEL'S STANDING ORDER NO. 4]

15 | GLOBAL EQUITY LENDING, INC., a          Courtroom: 15, 18th Floor
   | Georgia Corporation; and DOES 1 through Judge:     Hon. Marilyn Hall Patel
16 | 10, Inclusive,
   |                                          Complaint filed: November 29, 2007
17 |           Defendant.

18

19      The motion of Defendant GLOBAL EQUITY LENDING, INC. ("GLOBAL") for leave to

20 file a motion to dismiss was submitted to this Court pursuant to Local Rule 7-11.

21      Having read the motion, the memorandum of points and authorities, and declaration in

22 support thereof, the Court finds good cause to grant leave for the filing of GLOBAL's motion to

23 dismiss.

24      Therefore, it is ordered that GLOBAL's motion to dismiss is hereby deemed filed and set

25 for hearing concurrently with Defendant GLOBAL's motion to compel arbitration on

26 March 17, 2008, at 2:00 p.m., Courtroom 15.

27 Dated: 1/29/08                              _____
                                               HON. MARILYN HALL PATEL
28

RC1/5060170.1/DB
[PROPOSED] ORDER RE: MOTION FOR LEAVE                              CASE NO. C 07 6026 MHP
TO FILE A MOTION TO DISMISS

Jan A. Greben, CASB# 103464
GREBEN & ASSOCIATES
1332 Anacapa Street, Suite 110
Santa Barbara, California 93101
Telephone: (805) 963-9090
Facsimile: (805) 963-9098
Email: jan@grebenlaw.com

Attorneys for Defendants, Cross-Defendants and
Cross-Claimants NAM SUN PARK and
SEUNG HEE PARK

--

Thomas M. Downey, CASB# 142096
Derek H. Lim, CASB# 209496
BURNHAM BROWN
A Professional Law Corporation
P.O. Box 119
Oakland, California 94604

1901 Harrison Street, 11th Floor
Oakland, California 94612
Telephone: (510) 444-6800
Facsimile: (510) 835-6666
Email: tdowney@burnhambrown.com
dlim@burnhambrown.com

Attorneys for Defendants, Cross-Defendants and
Cross-Claimants DWIGHT W. PERRY and
CARLTON L. PERRY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRUCE A. BURROWS and JAMES A. ROESSLER,<br><br>Plaintiffs,<br><br>v.<br><br>DWIGHT W. PERRY, CARLTON L. PERRY, KWANG SUK LEE, KUI JA LEE, NAM SUN PARK AND SEUNG HEE PARK,<br><br>Defendants. | No. C 07-05354 MHP<br><br>**STIPULATION TO EXTEND THE TIME FOR DEFENDANTS, CROSS-DEFENDANTS AND CROSS-CLAIMANTS DWIGHT W. PERRY AND CARLTON L. PERRY AND NAM SUN PARK AND SEUNG HEE PARK TO RESPOND TO THE CROSS-CLAIMS FILED BY EACH PARTY**<br><br>Complaint Filed: October 19, 2007<br>Trial Date: None Set |
| AND RELATED COUNTER-CLAIMS AND CROSS-CLAIMS | |

STIPULATION TO EXTEND THE TIME FOR DEF.S/X-DEF.S/X-CLAIMANTS  No. C 07-05354 MHP
TO RESPOND TO CROSS-CLAIMS

Defendants, Cross-Defendants and Cross-Claimants Nam Sun Park and Seung Hee Park (collectively "Parks") and Defendants, Cross-Defendants and Cross-Claimants Dwight W. Perry and Carlton L. Perry (collectively "Perrys") hereby stipulate by and through their undersigned counsel of record to extend the time for the Parks and the Perrys to respond to the each others Cross-Claims. The parties have not previously requested an extension of time to respond to the Cross-Claims. The Parks will now have up to and including February 19, 2008 to file a response to the Perry's Cross-Claim. The Perrys will now have up to and including February 11, 2008 to file a response to Parks' Cross-Claim.

DATED: January 28, 2008            GREBEN & ASSOCIATES

By _____
JAN A. GREBEN
Attorneys for Defendants, Cross-Defendants and Cross-Claimants NAM SUN PARK and SEUNG HEE PARK

DATED: January 28, 2008            BURNHAM | BROWN

By _____
DEREK H. LIM
Attorneys for Defendants, Cross-Defendants and Cross-Claimants DWIGHT W. PERRY and CARLTON L. PERRY

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

1/31/08
DATE

843963

| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CSBN 44332)<br>United States Attorney |
| 2 | |
| 3 | BRIAN J. STRETCH (CSBN 163973)<br>Chief, Criminal Division |
| 4 | ALLISON MARSTON DANNER (CSBN 195046)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495<br>Telephone: (415) 436-7144 |
| 7 | FAX: (415) 436-7234<br>Email: allison.danner@usdoj.gov |
| 8 | Attorneys for the United States |

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 07-0716 MHP |
| Plaintiff, | ) | STIPULATION AND [~~PROPOSED~~] |
| | ) | ORDER EXCLUDING TIME FROM |
| v. | ) | SPEEDY TRIAL ACT CALCULATION |
| | ) | (18 U.S.C. § 3161(h)(8)(A)) |
| PETER LASELL, | ) | |
| Defendant. | ) | |

With the agreement of the parties in open court, and with the consent of defendant Peter Lasell, the Court enters this order documenting exclusion of time from January 28, 2008 through February 25, 2008 under the Speedy Trial Act, 18 U.S.C. § 3161(c)(1). The parties agree, and the Court finds and holds, as follows:

1. Defendant made his initial appearance before this Court on November 26, 2007. The parties appeared before this Court for a status conference on January 28, 2008. At the status conference on January 28, 2008, both counsel requested a further status date of February 25, 2008 in order to allow defense counsel to review discovery related to defendant's computer and to conduct further forensics investigation. In light of these discovery issues, the parties jointly requested an exclusion of time under the Speedy Trial Act in order for defense

STA Stipulation
CR 07-0716 MHP

counsel to prepare effectively for this case.

2. Defendant agreed to an exclusion of time under the Speedy Trial Act. Failure to grant the requested continuance would unreasonably deny defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, in this case The Court found that the ends of justice served by excluding the period from January 28, 2008 through February 25, 2008 from Speedy Trial Act calculations outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

3. Accordingly, and with the consent of the defendant at the appearance on January 28, 2008, the Court ordered that the period from January 28, 2008 through February 25, 2008 be excluded from Speedy Trial Act calculations. *Id.*

IT IS SO STIPULATED.

DATED: January 28, 2008

\s\
JONATHAN D. MCDOUGALL
Attorney for Defendant

DATED: January 28, 2008

\s\
ALLISON MARSTON DANNER
Assistant United States Attorney

IT IS SO ORDERED.

DATED: 1/29/08

HONORABLE MARILYN HALL PATEL
United States District Judge

```
 1 | THOMAS E. FRANKOVICH (State Bar No. 074414)
   | JENNIFER L. STENEBERG (State Bar No. 202985)
 2 | THOMAS E. FRANKOVICH,
   | *A Professional Law Corporation*
 3 | 2806 Van Ness Avenue
   | San Francisco, CA 94109
 4 | Telephone:   415/674-8600
   | Facsimile:   415/674-9900
 5 |
   | Attorneys for Plaintiffs MARSHALL LOSKOT
 6 | and DISABILITY RIGHTS ENFORCEMENT,
   | EDUCATION SERVICES
 7 |
 8 |
   |                UNITED STATES DISTRICT COURT
 9 |
   |                NORTHERN DISTRICT OF CALIFORNIA
10 |
   | MARSHALL LOSKOT, an individual; and )   **CASE NO. CV 06-7525 MHP**
11 | DISABILITY RIGHTS ENFORCEMENT,      )
   | EDUCATION, SERVICES: HELPING        )   **STIPULATION OF DISMISSAL AND**
12 | YOU HELP OTHERS, a California public )   **[PROPOSED] ORDER THEREON**
   | benefit corporation,                )
13 |                                     )
   |        Plaintiffs,                  )
14 |                                     )
   | v.                                  )
15 |                                     )
   | LA QUINTA INN OAKLAND AIRPORT;      )
16 | TSP HOTELS INC., a California       )
   | corporation; IMPERIAL HERITAGE LLC.,)
17 | a limited liability company; and DOES 1- )
   | 20, inclusive,                      )
18 |                                     )
   |        Defendants.                  )
19 | _____)
20 |
21 |        The parties, by and through their respective counsel, stipulate to dismissal of this action
22 | in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(1). Outside of the terms of the
23 | Settlement Agreement and General Release ("Agreement") herein, each party is to bear its
24 | own costs and attorneys' fees. The parties further consent to and request that the Court retain
25 | jurisdiction over enforcement of the Agreement. *See* <u>Kokonen v. Guardian Life Ins. Co.</u>, 511
26 | U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of
27 | settlement agreements).
28 |
```

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON                                       1

|     |                                                                                      |
| --- | ------------------------------------------------------------------------------------ |
| 1   | Therefore, IT IS HEREBY STIPULATED by and between parties to this action             |
| 2   | through their designated counsel that the above-captioned action be and hereby is dismissed |
| 3   | with prejudice pursuant to Federal Rules of Civil Procedure section 41(a)(1).        |
| 4   | This stipulation may be executed in counterparts, all of which together shall constitute |
| 5   | one original document.                                                               |

Dated: January 28, 2008            THOMAS E. FRANKOVICH
                                   *A PROFESSIONAL LAW CORPORATION*


By: ____/s/_____
         Thomas E. Frankovich
Attorneys for Plaintiffs MARSHALL LOSKOT
and DISABILITY RIGHTS ENFORCEMENT,
EDUCATION SERVICES


Dated: January 28, 2007            VAUGHAN & ASSOCIATES


By: ____/s/_____
         Cris V. Vaughan
Attorneys for Defendant IMPERIAL HERITAGE
LLC.

## ORDER

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(1). IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary.

Dated: __1/29__, 2007

Hon. Marilyn Hall Patel
UNITED STATE DISTRICT JUDGE