THOMAS E. FRANKOVICH (State Bar No. 074414)
JENNIFER L. STENEBERG (State Bar No. 202985)
THOMAS E. FRANKOVICH,
*A Professional Law Corporation*
2806 Van Ness Avenue
San Francisco, CA 94109
Telephone: 415/674-8600
Facsimile: 415/674-9900

Attorneys for Plaintiffs MARSHALL LOSKOT
and DISABILITY RIGHTS ENFORCEMENT,
EDUCATION SERVICES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARSHALL LOSKOT, an individual; and DISABILITY RIGHTS ENFORCEMENT, EDUCATION, SERVICES: HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>LA QUINTA INN OAKLAND AIRPORT; TSP HOTELS INC., a California corporation; IMPERIAL HERITAGE LLC., a limited liability company; and DOES 1-20, inclusive,<br><br>Defendants. | **CASE NO. CV 06-7525 MHP**<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON** |

The parties, by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(1). Outside of the terms of the Settlement Agreement and General Release ("Agreement") herein, each party is to bear its own costs and attorneys' fees. The parties further consent to and request that the Court retain jurisdiction over enforcement of the Agreement. *See* Kokonen v. Guardian Life Ins. Co., 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

Therefore, IT IS HEREBY STIPULATED by and between parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure section 41(a)(1).

This stipulation may be executed in counterparts, all of which together shall constitute one original document.

Dated: January 28, 2008        THOMAS E. FRANKOVICH
                               *A PROFESSIONAL LAW CORPORATION*


                               By: ___/s/_____
                                   Thomas E. Frankovich
                                   Attorneys for Plaintiffs MARSHALL LOSKOT
                                   and DISABILITY RIGHTS ENFORCEMENT,
                                   EDUCATION SERVICES

Dated: January 28, 2007        VAUGHAN & ASSOCIATES


                               By: ___/s/_____
                                   Cris V. Vaughan
                                   Attorneys for Defendant IMPERIAL HERITAGE
                                   LLC.

## ORDER

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(1). IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary.

Dated: __1/29__, 2007

                               _____
                               Hon. Marilyn Hall Patel
                               UNITED STATE DISTRICT JUDGE